


  Checkout

| HOME | PRODUCTS | SUPPORT | ABOUT US | MEDIA | **RETAIL LOCATIONS** | CONTACT | SEARCH... |

# Retail Locations



141 N Larchmont Blvd
Los Angeles, CA 90004
Telephone: 323 468 9794
Get Directions



Compton Fashion Center, Cycadelic Music Corner
2100 N Long Beach Blvd. Z-7
Compton, CA 90221
Telephone: 310-608-7167
Get Directions

Downtown Edmonds
320 5th Ave S
Edmonds, WA 98020
Get Directions

Renton at The Landing
911 N 10th Street
Renton, WA 98057
Get Directions



500 Broadway
Santa Monica
CA 90401
Get Directions

8118 Melrose Avenue
Los Angeles
CA 90046

Get Directions



350 Broadway Ave.
Santa Monica, CA
90401
Get Directions



39 East Colorado Boulevard
Pasadena, CA
91105
Get Directions



5455 W. Pico Blvd.
Los Angeles, CA
90019
Get Directions



View Online



8301 Hollister Ave
Goleta
CA 93117
Get Directions



9641 Sunset Boulevard
Beverly Hills, CA
90210
Get Directions



701 Stone Canyon Road
Los Angeles, CA
90077
Get Directions



2149 b Union Street
San Francisco, california
94123
Get Directions

   

Copyright © Tego Power 2014 | Search | About Us | Refund Policy | Privacy Policy | Terms of Service    6245 Bristol Parkway Suite 140, Culver City, CA 90230

       Like   324 people like this. Be the first of your friends.