

Try Prime

Steven's Amazon.com Today's Deals Gift Cards Help

Shop by Department ▾ | Search | All ▾ | tego power | Go | Hello, Steven Your Account ▾ | Try Prime ▾ | 0 Cart ▾ | Wish List ▾

All Electronics | Best Sellers | Electronics Accessories | Audio & Home Theater | Camera & Photo | Car Electronics & GPS | Cell Phones & Accessories | Computers | MP3 Players

1 new from $49.89

See All Buying Options

Add to Wish List

**More buying choices**

Have one to sell?   Sell on Amazon

Share

Click to open expanded view

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Battery Power Adapters** — Search Thousands of Catalogs for **Battery Power Adapters** — www.globalspec.com/
- **Batteries Plus®** — All Models of **Batteries**. Come in to **Batteries** Plus Today! — www.**batteries**plus.com/SanRafael
- **Battery Adapters** — Great Selection, Great Deals Shop Now and Save! — www.green**batteries**.com/

See a problem with these advertisements? Let us know

## Technical Details
**Model**: TPPG-PINK

## Product Details
**Product Dimensions:** 6.5 x 3.6 x 1.1 inches ; 3 pounds
**Shipping Weight:** 3 pounds
**ASIN:** B00GRCK5N2

**Item model number:** TPPG-PINK

**Average Customer Review:** Be the first to review this item

**Date first available at Amazon.com:** December 3, 2013

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## Product Description

TEGO POWER POWERGRID 4200 MAH BATT 4200 MAH PORTABLE BATTERY CHARGER

**Product Ads from External Websites** (What's this?)         **Sponsored Content**     Page 1 of 3

    

| Tumi T-Tech Network Wheeled Brief Black - Tumi Wheeled Business... | The North Face Chilkat II Waterproof Winter Boot - Men's - Brown... | ThinkPad 8 Quickshot Cover, Black,Brown Box | THE NORTH FACE Women's Snowstrike Mid Winter Boots - Size: 7, Gr... | THE NORTH FACE Women's Snowstrike Mid Winter Boots - Size: 8, Gr... |
|---|---|---|---|---|
| (1) | (78) | $34.99 | $79.98 | $79.98 |
| $395.00 | $89.98 | + Free Shipping | + $6.99 Est. shipping | + $6.99 Est. shipping |
| + Free Shipping | + Free Shipping | LENOVO accepts amazonpayments | SportsAuthority.com | SportsAuthority.com |
| eBags. | CAMPMOR | | | |

See a problem with these advertisements? Let us know                                     Advertise here

## Customer Questions & Answers

Have a question? Ask the owners here.    [ Ask owners ]

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Request reviews from customers who bought this   OR   Tell other customers about this product

[ Request reviews ]     [ Write a review ]

Advertisement

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Your Recently Viewed Items and Featured Recommendations**



| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates