

0 items ($0.00)

  Checkout

HOME    PRODUCTS    **SUPPORT**    ABOUT US    MEDIA    RETAIL LOCATIONS    CONTACT    SEARCH...

# Support

**FAQ**

If not answered here, contact us with any questions at support@tegoaudio.com

Shipping

Q. How many days does it take for standard shipping to arrive?
A. 3-8 business days

Q. Do you ship internationally?
A. Unfortunately, not at this time.

Payment
Q. What forms of payment do you accept?
A. We accept VISA, MasterCard, American Express, and Discover. We also accept payments made through PayPal.

Q. Will sales tax be charged?
A. Sales tax will be assessed on purchases shipped to California

NOVA

Q. How do I turn on my NOVA?
A. Hold down the power button for 3 seconds

Q. What is the NOVA compatible with?
A. iPhone, iPad, iPad, Android Smart Phones, Blackberry, Tablets, Laptops, Notebooks, and most audio devices with a 3.5mm jack

Q. My speaker sounds distorted, what should I do?
A. Adjust the volume on the audio device that your speaker is plugged into. Fully charge your speaker.

Q. How long does the internal battery charge last?
A. 8 hours

Q. How long does it take to fully charge the battery?
A. 2 hours

Return Policy

If you are not completely satisfied with your purchase, you may return it within 30 days to receive a full refund (excluding shipping and return shipping charges). If you have any questions about our return policy, please contact us: info@tegoaudio.com

Limited Warranty

For a period of 1 year from the date of original purchase, Tego Audio, a division of Tego, LLC, warrants this product to be free from defects in materials and workmanship, under normal use and conditions. For warranty instructions please email:
warranty@tegoaudio.com



Copyright © Tego Audio 2014 | Search | About Us | Refund Policy | Privacy Policy | Terms of Service

7083 Hollywood Blvd 5th Floor Hollywood, CA 90028

    

Like  991 people like this. Be the first of your friends.

