US00D694703S

(12) **United States Design Patent** (10) Patent No.: **US D694,703 S**

Faro (45) Date of Patent: ** **Dec. 3, 2013**

(54) **BATTERY IN SHAPE OF BLOCK**

(71) Applicant: **Kevin Faro**, Campell, CA (US)

(72) Inventor: **Kevin Faro**, Campell, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/458,923**

(22) Filed: **Jun. 24, 2013**

(51) **LOC (9) Cl.** .................................................. **13-02**

(52) **U.S. Cl.**
USPC ...................................................... **D13/103**

(58) **Field of Classification Search**
USPC ........ D13/102–104, 110, 118–121, 184, 199;
429/96–100, 163, 176; D21/484, 500
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D252,978 | S | * | 9/1979 | Bayly | D9/640 |
| D252,981 | S | * | 9/1979 | Fenton | D9/640 |
| D286,872 | S | * | 11/1986 | Beidler | D13/119 |
| D317,477 | S | * | 6/1991 | Poulsen | D21/528 |
| D325,477 | S | * | 4/1992 | Poulsen et al. | D6/432 |
| D362,875 | S | * | 10/1995 | Vognsen | D21/500 |
| D371,281 | S | * | 7/1996 | Credle, Jr. | D7/625 |
| D377,887 | S | * | 2/1997 | Credle, Jr. | D7/625 |
| D408,823 | S | * | 4/1999 | Kirby | D14/240 |
| D415,098 | S | * | 10/1999 | Zimmer | D13/103 |
| D454,110 | S | * | 3/2002 | Andre et al. | D13/110 |
| D463,383 | S | * | 9/2002 | Hwang | D13/184 |
| D464,031 | S | * | 10/2002 | Gillingham | D13/184 |
| D465,816 | S | * | 11/2002 | Sorensen | D21/500 |
| D507,523 | S | * | 7/2005 | Resch et al. | D13/103 |
| D608,300 | S | * | 1/2010 | Boyland et al. | D13/162 |
| D619,104 | S | * | 7/2010 | Boyland et al. | D13/162 |
| D657,739 | S | * | 4/2012 | Miyawaki et al. | D13/104 |

* cited by examiner

*Primary Examiner* — Rosemary K Tarcza

(74) *Attorney, Agent, or Firm* — Steven A. Nielsen; Allman & Nielsen, P.C.

(57) **CLAIM**

The ornamental design for a battery in shape of block, as shown described.

**DESCRIPTION**

FIG. **1** is a top front perspective view of the claimed battery in shape of block;
FIG. **2** is a right side view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a top plan view thereof and a bottom view thereof, the two views being the same;
FIG. **5** is a front side view thereof; and,
FIG. **6** is a back side view thereof.

**1 Claim, 2 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6