Whois search for TegoPower.com as of Feb. 17, 2014

```
Domain Name: TEGOPOWER.COM
Registry Domain ID: 1744808002_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-08-02 15:30:46
Creation Date: 2012-09-13 16:51:42
Registrar Registration Expiration Date: 2018-09-13 16:51:42
Registrar: GoDaddy.com, LLC
Registry Registrant ID:
Registrant Name: Farshad Tehrani
Registrant Organization:
Registrant Street: 6245 Bristol Parkway
Registrant Street: #140
Registrant City: Culver City
Registrant State/Province: California
Registrant Postal Code: 90230
Registrant Country: United States
Registrant Phone: (310) 259-8111
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: farshad@farshadtehrani.com
Registry Admin ID:
Admin Name: Farshad Tehrani
Admin Organization:
Admin Street: 6245 Bristol Parkway
Admin Street: #140
Admin City: Culver City
Admin State/Province: California
Admin Postal Code: 90230
Admin Country: United States
Admin Phone: (310) 259-8111
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: farshad@farshadtehrani.com
Registry Tech ID:
Tech Name: Farshad Tehrani
Tech Organization:
Tech Street: 6245 Bristol Parkway
Tech Street: #140
Tech City: Culver City
Tech State/Province: California
Tech Postal Code: 90230
Tech Country: United States
Tech Phone: (310) 259-8111
```