UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNORTH LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TEGO LLC, et al.,<br><br>        Defendants. | Case No. 14-cv-00729-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 12 |

    Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: May 14, 2014

                                            WILLIAM H. ORRICK<br>
                                            United States District Judge